**CRIMINAL COMPLAINT**
(Submitted electronically)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Brandon Dickson**<br>DOB: 1984; United States Citizen | DOCKET NO. |
| | MAGISTRATE'S CASE NO.<br>25-13098MJ |

Complaint for violations of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(vi)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**
On or about December 15, 2025, at or near Picacho, in the District of Arizona, **Brandon Dickson** did knowingly and intentionally possess with intent to distribute 400 grams or more of a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(vi).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**
On December 15, 2025, during the late afternoon hours, an unknown male contacted a Confidential Source (CS) with the Drug Enforcement Administration and said his brother would be delivering approximately 20,000 M/30 fentanyl pills in exchange for $25,000 United States Dollars (USD) to the CS later the same day. The CS provided a description of the CS's vehicle and explained to the unknown male that the CS would be waiting in a parking lot in the area of Picacho, Arizona. The unknown male and the CS agreed on the meet location. At approximately 4:47 p.m., law enforcement officers observed a blue Mazda CX-5 enter the parking lot and park directly next to the CS's vehicle. At this time, the CS exited the CS's vehicle and walked over to the driver's side window of Mazda CX-5. The driver of the vehicle was later identified as Brandon DICKSON. DICKSON showed a black package to the CS and handed it to the CS. The CS felt and observed the drugs inside the black package. The CS explained to DICKSON that the CS was going to retrieve the money from the CS's vehicle and return to DICKSON. The CS took the package of drugs to the CS's vehicle and provided the arrest signal to law enforcement officers. At approximately 4:48 p.m., law enforcement officers wearing marked police attire approached the blue Mazda CX-5 with emergency lights and sirens activated. Officers took DICKSON into custody without incident.

Upon securing the CS's vehicle and the Mazda CX-5, law enforcement officers observed one white plastic bag covered in black packaging inside the CS's vehicle. Officers noted this was the package the CS retrieved from DICKSON. Officers opened the package and observed blue M/30 pills inside. Due to the dangerous nature of fentanyl, law enforcement officers did not field test the pills. In the training and experience of the law enforcement officers, the pills appeared to be fentanyl due to the color, size, and markings of the pills. Law enforcement officers are in the process of having the pills formally tested by an appropriate laboratory. The bag of suspected fentanyl pills weighed 1.017 kilograms.

CONTINUED ON NEXT PAGE

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:**

| DETENTION REQUESTED<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge. | SIGNATURE OF COMPLAINANT (official title)<br>**FRANK MAISANO** Digitally signed by FRANK MAISANO<br>Date: 2025.12.16 10:19:14 -07'00' |
|---|---|
| | OFFICIAL TITLE<br>Special Agent Frank Maisano<br>Drug Enforcement Administration |
| Sworn to telephonically. | |
| SIGNATURE OF MAGISTRATE JUDGE[1]<br>*[signature]* | DATE<br>December 16, 2025 |

1) See Federal Rules of Criminal Procedure Rules 3, 4.1 and 54

Reviewed by AUSA Hopkins

BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED CONTINUED:



